IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

JAMES EDWARD BAGLEY, )
)
    Petitioner, )
)
vs )   CIVIL ACTION NO. 01-N-3113-E
)
SHERIFF LARRY AMERSON, et al, )
)
    Respondents. )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed.[1] An appropriate order will be entered.

DONE, this 31st day of July, 2002.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the report and recommendation was mailed to the plaintiff at the plaintiff's last known address. This copy was returned to the court undelivered.